Case 07-15303   Doc 29   Filed 05/22/08   Entered 05/22/08 08:45:43   Desc   Page 1 of 2

Page 1

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Szela, Deborah J | Case Number: 07 B 15303 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 5/20/08 | Filed: 8/23/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 8, 2008
Confirmed: October 16, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,260.00 | |
| Secured: | | 73.59 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,118.37 |
| Trustee Fee: | | 68.04 |
| Other Funds: | | 0.00 |
| Totals: | 1,260.00 | 1,260.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thomas R Hitchcock | Administrative | 2,638.50 | 1,118.37 |
| 2. | Rescap Mortgage | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 1,040.88 | 73.59 |
| 4. | Rescap Mortgage | Secured | 14,049.80 | 0.00 |
| 5. | Aspire Visa | Unsecured | 479.27 | 0.00 |
| 6. | Premier Bankcard | Unsecured | 421.38 | 0.00 |
| 7. | Columbus Bank & Trust | Unsecured | 464.04 | 0.00 |
| 8. | Thomas R Hitchcock | Priority | | No Claim Filed |
| 9. | Revenue Cycle Solutions | Unsecured | | No Claim Filed |
| 10. | Revenue Cycle Solutions | Unsecured | | No Claim Filed |
| 11. | American Collections & Credit | Unsecured | | No Claim Filed |
| 12. | Revenue Cycle Solutions | Unsecured | | No Claim Filed |
| 13. | Direct Tv | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 19,093.87 | $ 1,191.96 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 68.04 |
| | _____ |
| | $ 68.04 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Szela, Deborah J

Printed:  5/20/08

Case Number:  07 B 15303
Judge:  Goldgar, A. Benjamin
Filed:  8/23/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

